# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DONATA ROMELLE CHESTANG,

     Plaintiff,

v.                              Case No: 8:23-cv-2196-CEH-PDB

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Patricia D. Barksdale on July 31, 2024 (Doc. 15). In the Report and Recommendation, Magistrate Judge Barksdale recommends that the decision by the Commissioner of Social Security denying Plaintiff's application for disability insurance benefits be affirmed. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now,

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 15) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     The decision of the Commissioner of the United States Social Security Administration is **AFFIRMED**.

(3)     The Clerk is directed to enter judgment in favor of the Commissioner and against Plaintiff Donata Romelle Chestang. The Clerk is further directed to close this file.

**DONE AND ORDERED** at Tampa, Florida on August 15, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Patricia D. Barksdale
Counsel of Record